DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Jordan v. Earthgrains Cos.<br><br>Case below:<br>155 N.C. App. 762 | No. 120P03 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA01-1481)<br><br>2. Def's Conditional PDR as to Additional Issues | 1. Denied<br><br>2. Dismissed as Moot |
| Kogut v. Rosenfeld<br><br>Case below:<br>157 N.C. App. 487 | No. 306A03 | 1. Def's NOA Based Upon a Dissent (COA02-264)<br><br>2. Def's PWC as to Additional Issues | 1. ——<br><br>2. Allowed |
| Mangum v. Johnson<br><br>Case below:<br>157 N.C. App. 364 | No. 285P03 | 1. Plts' PDR to Review the Decision of the COA (COA02-190)<br><br>2. Plts' Motion for Order Deeming PDR as Timely Filed<br><br>3. Plts' Motion for Leave to Convert PDR Filed on June 3, 2003 into a PWC | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| Monroe v. City of New Bern<br><br>Case below:<br>158 N.C. App. 275 | No. 364P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-498)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu<br><br>2. Denied |
| N.C. Dep't of Env't & Natural Res. v. Carroll<br>Case below:<br>157 N.C. App. 717 | No. 329PA03 | Respondent's PDR Under N.C.G.S. § 7A-31 (COA02-714) | Allowed |
| Roe v. Children's School<br><br>Case below:<br>156 N.C. App. 218 | No. 174P03 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA02-376)<br><br>2. Def's PWC to Review the Order of the COA | 1. Denied<br><br>2. Denied |
| Rowe v. N.C. Farm Bureau Mut. Ins. Co.<br><br>Case below:<br>157 N.C. App. 364 | No. 271P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-539) | Denied |
| Shaw v. Price Waterhouse Coopers, LLP<br>Case below:<br>157 N.C. App. 573 | No. 308P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-923) | Denied |
| Smith v. First Choice Servs.<br><br>Case below:<br>158 N.C. App. 244 | No. 357P03 | Def's (State Farm Fire and Casualty Company) PDR (COA02-814) | Denied |